UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-62618-Civ-COOKE/HUNT

CASSALEE ECCLES,

     Plaintiff,

vs.

3M COMPANY, *doing business as*
USA 3M Company, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED with prejudice** under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21ˢᵗ day of October 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*